JDH
**BROWNSVILLE DIVISION**
FILE: 2025R03682

**SEALED**
**OCDETF**
**CRIMINAL DOCKET**

NO. B-25-257

Filed: April 17, 2025

Judge: **Rolando Olvera**

**SEALED INDICTMENT**
COUNTY: CAMERON

**ATTORNEYS:**

**UNITED STATES OF AMERICA**
**v.**

NICHOLAS J. GANJEI , USA
LANCE WATT, AUSA
LAURA GARCIA, AUSA

JAMES LAEL JENSEN, (YOB: 1956) USA (Cts. 1, 2, 3, & 5)                (WARRANT)
MAXWELL STERLING JENSEN (YOB: 2001) USA (Cts. 1, 2, & 3)          (WARRANT)
a/k/a "Max"
KELLY ANNE JENSEN (YOB: 1972) USA (Cts. 1 & 4)                          (WARRANT)
ZACHARY GOLDEN JENSEN (YOB: 1998) USA (Ct. 1)                         (WARRANT)

**CHARGE:**  Ct. 1:  Money Laundering Conspiracy
Total                18 U.S.C. § 1956(a)(1)(B)(i) and (h)
Counts       Ct. 2:  Aid and Abet Smuggling Goods into the United States
( 5 )                18 U.S.C. §§ 545 and 2
             Ct. 3:  Aid and Abet Entry of Goods by means of False Statements
                     18 U.S.C. §§ 542 and 2
             Ct. 4:  Money Laundering Spending Conspiracy
                     18 U.S.C. §§ 1956(h) 1957
             Ct. 5:  Money Laundering Spending
                     18 U.S.C. § 1957
**NOTICE OF CRIMINAL FORFEITURE**

**PENALTY:**  **Ct. 1: Not more than 20 years imprisonment, or a fine of not more than $500,000 or
not more than twice the amount of the criminally derived property involved in the
transaction, or both; not more than 3 years SRT; and a $100 Special Assessment.
Ct. 2: Not more than 20 years imprisonment, or a fine of not more than $250,000, or
both; not more than 3 years SRT; and a $100 Special Assessment
Ct. 3: Not more than 2 years imprisonment, or a fine of not more than $250,000, or
both; not more than 3 years SRT; and a $100 Special Assessment.
Cts. 4 & 5: Not more than 10 years imprisonment, or a fine of not more than $250,000
or twice the value of the property involved in the transaction, whichever is greater,
or both; not more than 3 years SRT; and a $100 Special Assessment.**

In Jail:
On Bond:
No Arrest: X
DEA: Michael Scarano

**P R O C E E D I N G S:**