**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

United States District Court
Southern District of Texas
**ENTERED**
April 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| v. § | CRIMINAL NO. B-25-257 |
| JAMES LAEL JENSEN § | |

It appearing to the Court that an indictment has been returned against the defendant(s) listed below, it is hereby

ORDERED that a warrant be issued for the arrest of the defendant(s) and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Brownsville Division of this Court, such bail to be taken by a United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| JAMES LAEL JENSEN | NO BOND |

ENTERED at Brownsville, Texas, this the 17th day of **April**, 2025.

_____
UNITED STATES MAGISTRATE JUDGE
Jason B. Libby
United States Magistrate Judge