UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

APR 2 3 2025

NATHAN OCHSNER
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NUMBER B-25-257 |
| JAMES LAEL JENSEN<br>MAXWELL STERLING JENSEN<br>   AKA MAX,<br>KELLY ANNE JENSEN<br>ZACHARY GOLDEN JENSEN | § § § § § | UNDER SEALED |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, through Nicholas J. Ganjei, United States Attorney in and for the Southern District of Texas, by and through the undersigned Assistant United States Attorney, and respectfully requests this Honorable Court to unseal the Indictment as to all Defendants.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _____
MICHAEL HESS
Assistant United States Attorney
Federal I.D. No.   883459
Texas State Bar No.   00798256
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
(361) 888-3111