United States District Court
Southern District of Texas
**ENTERED**
April 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NUMBER B-25-257 |
| | § | |
| JAMES LAEL JENSEN | § | |
| MAXWELL STERLING JENSEN | § | UNDER SEALED |
| AKA MAX, | § | |
| KELLY ANNE JENSEN | § | |
| ZACHARY GOLDEN JENSEN | § | |

**ORDER UNSEALING INDICTMENT**

On Motion of the United States, the Indictment in the above matter is hereby Ordered unsealed as to all Defendants.

SIGNED on 23rd day of April, 2025.

Karen Betancourt
HONORABLE
UNITED STATES DISTRICT JUDGE
US Magistrate Judge
Brownsville Division