IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>MAXWELL STERLING JENSEN,<br>Defendant | CRIMINAL DOCKET No:<br>**1:25-cr-00257-2** |

**NOTICE OF APPEARANCE OF COUNSEL**

NOW COMES, **ARNULFO GUERRA, JR.**, who gives notice that he is entering his appearance as counsel of record for Defendant, **MAXWELL STERLING JENSEN**, in the above-styled and numbered criminal action:

Respectfully submitted,

/S/ARNULFO GUERRA, JR.

**ARNULFO GUERRA, JR.**
Federal ID# 2732
State Bar 08574100
2403 N. 10th St., Ste B
McAllen, Texas 78501
956-821-1114
guerralaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, April 24, 2025, a true and correct copy of the foregoing Notice of Appearance was served upon AUSA Lance Andrew Watt via email to lance.watt@usdoj.gov.

/S/ ARNULFO GUERRA, JR.
**ARNULFO GUERRA, JR.**