# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CR. NO. 1:25-CR-257-02 |
| Maxwell Sterling Jensen | § | |

## AMENDED
## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing was held on April 29, 2025. Defendant, his counsel and counsel for the government were present.

After hearing arguments, this Court finds that short of detention there are no conditions or combination of conditions that would reasonably assure the Defendants appearance at further court proceedings.

In support of the above conclusion, this Court files the following findings which it considers as established by clear and convincing evidence that:

1. The defendant is a risk of flight **due to the nature of the offense charged;**
2. The defendant **failed to disclose personal information;**
3. The defendant has a **history of mental health and substance abuse;**
4. The defendant has **ties to a foreign country and has traveled six (6) times out of the country in the past year.**

Because of the foregoing, it is ORDERED that defendant be detained without bond pending trial.

The defendant is committed to the custody of the Attorney General or her/his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendants to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Done at Brownsville, Texas this 29th day of April, 2025.

Ignacio Torteya, III
United States Magistrate Judge