# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. B-25-257 |
| | § | |
| JENSEN, ET AL. | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR THE UNITED STATES

The United States hereby gives notice to the Court and the defendants, JAMES LAEL JENSEN, MAXWELL STERLING JENSEN, KELLY ANNE JENSEN, and ZACHARY GOLDEN JENSEN, that the counsel for the United States assigned to this case has changed. The new counsel for the United States who is responsible for the litigation of this case is JAMES H. STURGIS, Assistant United States Attorney.

Please send all correspondence, notices, orders, and other communications to Assistant United States Attorney JAMES H. STURGIS.

    Respectfully submitted,

    NICHOLAS J. GANJEI
    UNITED STATES ATTORNEY

By:   /s/James H. Sturgis
    James H. Sturgis
    Assistant United States Attorney
    United States Attorney's Office
    Bentsen Tower
    1701 West Highway 83
    Suite 600
    McAllen, Texas 78501
    (956) 618-8010