UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRIC OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CR. NO. 1:25-cr-257 |
| KELLY ANNE JENSEN | § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, KELLY ANNE JENSEN, Defendant in the above numbered and entitled action and respectfully requests the Court to take notice that she has retained attorney CRISPIN (C.J.) QUINTANILLA, III to appear as Co-Counsel for her. ATTORNEY CHIP LEWIS is Lead Counsel. It is respectfully request, that all notices and correspondence be submitted to co-counsel at the following address:

QUINTANILLA LAW OFFICE, P.L.L.C
5526 N. 10th Street
McAllen, Texas 78504
(956) 682-9477 Telephone
(956) 682-0223 Facsimile
cj@quintanilla-law.com

Respectfully Submitted,

/S/CRISPIN (C.J.) QUINTANILLA, III
CRISPIN (C.J.) QUINTANILLA III
State Bar No. 16436330
Federal I.D. No. 12431

QUIINTANILLA LAW OFFICE, P.L.L.C
5526 North 10th Street
McAllen, Texas 78504
Tel: (956) 682-9477
Fax: (956) 682-0223
Cell: (956)279-0809
Email: cj@quintanilla-law.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 5TH day of May 2025, I filed a Notice of Appearance of Co-Counsel with the Clerk of the Court and provided a copy of such filing to **A.U.S.A. JAMES H. STURGIS** and all counsel of record.

/S/CRISPIN (C.J.) QUINTANILLA, III
CRISPIN (C.J.) QUINTANILLA, III

## CERTIFICATE OF CONFERENCE

I hereby certify that I have communicated with **JAMES H. STURGIS** and he is "Unopposed."

/S/CRISPIN (C.J.) QUINTANILLA, III
CRISPIN (C.J.) QUINTANILLA, III