Case 1:25-cr-00257   Document 50   Filed on 05/06/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:25-cr-257 |
| | § | |
| JAMES LAEL JENSEN (1) | § | |
| KELLY ANNE JENSEN (3) | § | |

## ORDER GRANTING JOINT MOTION TO MOFIY BOND CONDITIONS

Before the Court is the Joint Motion to Modify Bond Conditions (the "Motion") filed by Defendants James Lael Jensen and Kelley Anne Jensen (the "Jensens") and the United States of America. Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that this Motion should be and therefore is **GRANTED**.

**IT IS THEREFORE ORDERED** that the bond conditions are modified as follows as to the Jensens' conditions of release:

a. For James Jensen - An Appearance Bond in the amount of $200,000 with a 10% ($20,000) cash deposit to be paid within one week of the entry of this order.

b. For Kelly Jensen - An Appearance Bond in the amount of $100,000 with a 10% ($10,000) cash deposit to be paid within one week of the entry of this order.

c. For Both Jensens - Allow travel to the Southern District of Texas and the Western District of Texas (where the primary office for Mr. Jensen's counsel is located) for purposes of meeting with counsel and preparing their defense.

**IT IS FURTHER ORDERED** that all other bond conditions shall remain in place.

Signed on May 6, 2025.

KAREN BETANCOURT
UNITED STATES MAGISTRATE JUDGE