IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 1:25-CR-00257 |
| MAXWELL STERLING JENSEN a/k/a "MAX" | § | |

## ORDER GRANTING PRETRIAL RELEASE FOR DEFENDANT, MAXWELL STERLING JENSEN

On this _____ day of _____, 2025, came on to be heard Defendant Maxwell Sterling Jensen, together with the United States of America's (the "Government") Joint Motion for Pretrial Release and the Court, after duly considering said Motion and the evidence thereon, finds that condition or combination of conditions do exist which would reasonably assure the appearance of Defendant, **MAXWELL STERLING JENSEN** as required, and the safety of any other person and the community. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Amended Order of Detention Pending Trial, docketed as Document No. 32, is hereby withdrawn. It is further.

**ORDERED, ADJUDGED AND DECREED** that the following bond and conditions be imposed upon Defendant, **MAXWELL STERLING JENSEN**, to address the issues of nonappearance and danger to the community:

      a.      An Appearance Bond in the amount of $660,000 with a 10% ($66,000) cash deposit.

      b.      The appointment of Gordon Davies Walker, Mr. Jensen's maternal grandfather, as a third-party custodian. Mr. Walker will also sign as co-surety on Mr. Jensen's bond.

      c.      Travel to the Southern District of Texas for purposes of meeting with counsel and preparing their defense.

      d.      Home confinement for Mr. Jensen, with permission for travel for work within a 100-mile radius of his residence, as well as travel to his parents' residence to visit with family members. It is agreed and understood that Defendant will not discuss the case with his co-defendants outside the presence of their attorneys.

      e.      Participate in an active GPS monitoring program as directed by the U.S. Probation Office and pay costs associated with such monitoring based on the ability to pay as determined by the U.S. Probation Office.

      f.      Any and all additional conditions of release recommended by and through the sealed Pretrial Services Report for Maxwell Sterling Gensen. (See ECF No. 28).

SIGNED this _____ day of _____, 2025.

_____
JUDGE PRESIDING