# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                  Case Number: 1:25−cr−00257

Maxwell Sterling Jensen

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ignacio Torteya, III

**PLACE:**
Courtroom 1
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:** 5/9/2025

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Release from Custody – #51

Date:   May 8, 2025

                                                    Nathan Ochsner, Clerk