United States District Court
Southern District of Texas
**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:25-CR-0257** |
| | § | |
| **JAMES LAEL JENSEN, ET AL** | § | |

## ORDER ON UNOPPOSED MOTION TO DESIGNATE CASE AS COMPLEX AND FOR CONTINUANCE

On this day, the Court considered the United States' Unopposed Motion to Designate the Case as Complex and for Continuance under 18 U.S.C. § 3161(h)(7)(B)(i)(ii) & (iv), which constitutes excludable time under the Speedy Trial Act. Considering the Motion is unopposed by all parties it is **HEREBY GRANTED**.

Accordingly, **IT IS ORDERED** that the above-styled and numbered cause is certified as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and the deadlines in any prior Scheduling Orders issued in this matter are continued. The Court will issue a scheduling order.

Dated this 20th day of May, 2025.

HON. ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS