United States District Court
Southern District of Texas
**ENTERED**
May 27, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 25-CR-257-04 |
| | § | |
| ZACHARY GOLDEN JENSEN | § | |

**ORDER**

Came on to be considered Government's Unopposed Motion to Dismiss the Indictment. It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the Indictment, is hereby dismissed without prejudice.

SIGNED on this the 27th day of May, 2025 at Brownsville, Texas.

ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE