**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 25-CR-257-03** |
| | § | |
| **KELLY ANNE JENSEN** | § | |

**ORDER**

Came on to be considered **KELLEY ANNE JENSEN's** Motion for Return of Passport which is "Unopposed" by the government, it is hereby **ORDERED**:

The relief requested is **GRANTED:_____.**

**IT IS ORDERED: KELLY ANNE JENSEN** having been dismissed from the indictment in the case-at-bar and no longer subject to Court ordered Conditions of Release, the United States Clerk of the Court, District of Utah, shall return **KELLEY ANNE JENSEN's** passport to **KELLEY ANNE JENSEN**.

The relief requested is **DENIED:________.**

**SIGNED ON THIS** the _____ day of ________, 2025.

______________________________________________
**UNITED STATES DISTRICT JUDGE PRESIDING**