## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                           Case Number: 1:25−cr−00257

James Lael Jensen

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Rolando Olvera

**PLACE:**
by telephone
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:** 7/2/2025

**TIME:** 01:15 PM

**TYPE OF PROCEEDING:** Telephone Conference

Date:   June 26, 2025

                                                                                  Nathan Ochsner, Clerk