**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal Action No. 1:25-CR-0257** |
| | § | |
| **MAXWELL STERLING JENSEN** | § | |

**ORDER**

ON THIS the ______day of ___________, 2025, came on to be considered Defendant, Maxwell Sterling Jensen's Motion to Compel and/or Motion for Clarification. Upon reviewing the pleadings on file, the applicable case law and arguments of counsel, it is this Court's Opinion that said Motion should be, and is hereby **GRANTED**. **IT IS THEREFORE,**

**ORDERED, ADJUDGED AND DECREED,** that the Government provide the Defendant with a list of witnesses or potential witnesses that have been interviewed by the Government and/or federal agents. The Government maintains an ongoing obligation to supplement its witness list to Defendants. It is further,

**ORDERED, ADJUDGED AND DECREED,** that Defendant's Conditions of Pretrial Release are hereby modified in order to allow him to consult and confer with Gloria Moreno, CPA, for the sole, express purpose of preparing and finalizing his personal and corporate 2024 federal income tax returns. Defendant is admonished that under no circumstances is he to discuss, in any manner, the above-styled criminal matter with Moreno.

All other relief not expressly stated herein is **denied.**

______________________________________
UNITED STATES DISTRICT JUDGE