**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NUMBER 1:25-CR-00257** |
| | § | |
| **(1) JAMES LAEL JENSEN** | § | |
| **(2) MAXWELL STERLING JENSEN** | § | |

## ADVISORY TO THE COURT REGARDING FORFEITURE

Now comes the United States in the above reference cause for the purpose of advising the Court of its intent to not further pursue forfeiture for the following:

1.) Real property and improvements located at 21076 North Reynolds Road, Rio Hondo, Cameron County, Texas, with a legal description as set forth in the Superseding Indictment (DE 82).

To the extent the United States previously sought and obtained a Protective Order regarding the above-referenced property, such Protective Order is no longer necessary.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By: s/ *Tyler Foster*
TYLER FOSTER
Assistant United States Attorney
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Phone: 361/888-3111 Fax: 361/888-3200
Email: tyler.foster2@udoj.gov

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of this *Advisory to the Court Regarding Forfeiture* was served upon all parties of record via Electronic Case Filing (ECF).

By: s/ *Tyler Foster*
TYLER FOSTER
Assistant United States Attorney