United States District Court
Southern District of Texas
**ENTERED**
August 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|    "Government," § | |
| § | |
| v. § | |
| § | Criminal Action No. 1:25-cr-00257 |
| § | |
| JAMES LAEL JENSEN, ET AL., § | |
|    "Defendants." § | |

### ORDER

Before the Court is Defendant Maxwell Jensen's ("M.J.") "Motion to Compel and/or Motion for Clarification," (Dkt. No. 106) ("Motion to Compel"), Defendant James Jensen's ("J.J.") "Motion to Join…") (Dkt. No. 108) ("Motion to Join") and the Government's "Sealed Response to Defendant's Motion to Compel and/or Clarification," (Dkt. No. 115) ("Response").

The Government has provided all information requested in Defendant M.J's Motion to Compel (Dkt. No. 106) and Defendant J.J's Motion to Join (Dkt. No. 108). See Dkt. Nos. 115 & 116. As such, Defendants' Motions (Dkt. Nos. 106 & 108) are **DENIED** as moot.

Signed on August 6, 2025.

_____
Rolando Olvera
United States District Judge