**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO: 1:25-CR-257** |
| | § | |
| **(1) JAMES LAEL JENSEN** | § | |
| **(2) MAXWELL STERLING JENSEN** | § | |

**UNITED STATES' THIRD SUPPLEMENT TO**
**NOTICE OF FORFEITURE IN SUPERSEDING INDICTMENT**

One May 22, 2025, a Superseding Indictment was issued charging the above-named defendants in multiple counts with violations of Title 18, including conspiracy to money launder; smuggling goods into the United States; entry of goods into the United States by means of false statements; and conspiracy and engaging in monetary transactions with criminally derived proceeds in excess of $10,000. The Superseding Indictment included a Notice of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B); 19 U.S.C. § 1595a; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

This Notice serves as a third supplement to the existing Notice of Forfeiture to the named defendants.

Pursuant to 18 U.S.C. § 982(a)(1), 19 U.S.C. § 1595a, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), and as a result of the commission of violations of 18 U.S.C. §§ 542, 545, and 1956 as alleged in Counts One, Two, and Three of the Superseding Indictment, notice is given to Defendants that the following property shall be forfeited to the United States:

- $2,551,080.96 in funds from Chevron Products Company, a Division of Chevron U.S.A., Inc., and
- 2022 Toyota Tundra TRD Pro, VIN: 5TFPC5DB5NX002890.

Respectfully Submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

BY: s/Mary Ellen Smyth
Mary Ellen Smyth
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

On the date of filing, the above Supplemental Notice of Forfeiture was served upon the Defendants, by and through their attorneys of record via electronic filing.

s/Mary Ellen Smyth
MARY ELLEN SMYTH
Assistant U.S. Attorney