**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:25-cr-257** |
| | § | |
| **JAMES LAEL JENSEN** | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max"** | § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR BILL OF PARTICULARS**

Before the Court is Defendants' Motion for a Bill of Particulars (the "Motion"). Having considered the Motion, and all evidence properly before it, the Court finds the motion should GRANTED.

IT IS THEREFORE ORDERED that within ten days from the date of this Order, the Government shall provide the particulars requested in the Motion.

Entered on this ____day of September, 2025.

__________________________
ROLANDO OLVERA
U.S. DISTRICT JUDGE