United States District Court
Southern District of Texas
**ENTERED**
October 28, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-cr-257** |
| | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max"** | § | |

## ORDER

On this 22nd day of October 2025, came on to be heard Defendant Maxwell Sterling Jensen's Unopposed Motion for Garcia Hearing, and the Court, after duly considering said Motion and the evidence thereon, finds that said Motion should be GRANTED.

SIGNED this 28th day of October, 2025.

Rolando Olvera
United States District Judge