**OCDETF**

**BROWNSVILLE DIVISION** **CRIMINAL DOCKET** **NO. B-25-257-S2**

FILE: 2025R03682

| | |
|---|---|
| SECOND SUPERSEDING INDICTMENT | Filed: October 28, 2025 |
| SUPERSEDING INDICTMENT | Filed: May 22, 2025 |
| INDICTMENT | Filed: April 17, 2025 Judge: Rolando Olvera |
| COUNTY: CAMERON | |

**ATTORNEYS:**

**UNITED STATES OF AMERICA**
**v.**

NICHOLAS J. GANJEI , USA
JAMES H. STURGIS, AUSA
LAURA GARCIA, AUSA

JAMES LAEL JENSEN, (YOB: 1956) USA (Cts. 1-10)
MAXWELL STERLING JENSEN (YOB: 2000) USA (Cts. 1-8, & 10)
a/k/a "Max"

**CHARGE:** Total Counts ( 10 )

Cts. 1-3: Money Laundering Conspiracy
18 U.S.C. § 1956(a)(1)(B)(i) and (h)
Cts. 4,5, &9: Money Laundering Spending
18 U.S.C. § 1957
Ct. 6: Aid and Abet Smuggling Goods into the United States
18 U.S.C. §§ 545 and 2
Ct. 7: Aid and Abet Entry of Goods by means of False Statements
18 U.S.C. §§ 542 and 2
Ct. 8: Interstate Transportation of Stolen Property
18 U.S.C. § 2314
Ct. 10: Material Support of Terrorist Organization Conspiracy
18 U.S.C. § 2339B

**NOTICE OF CRIMINAL FORFEITURE**

**PENALTY:** **Cts. 1-3: Not more than 20 years imprisonment, or a fine of not more than $500,000 or not more than twice the amount of the criminally derived property involved in the transaction, or both; not more than 3 years SRT; and a $100 Special Assessment.**

**Cts. 4,5,&9: Not more than 10 years imprisonment, or a fine of not more than $250,000 or twice the value of the property involved in the transaction, whichever is greater, or both; not more than 3 years SRT; and a $100 Special Assessment.**

**Cts. 6&10: Not more than 20 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; and a $100 Special Assessment.**

**Ct. 7: Not more than 2 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; and a $100 Special Assessment.**

**Ct. 8: Not more than 10 years imprisonment, or a fine of not more than $250,000 or twice the value of the property involved in the transaction, whichever is greater, or both; not more than 3 years SRT; and a $100 Special Assessment.**

In Jail:
On Bond:X
No Arrest:
DEA: Michael Scarano

**P R O C E E D I N G S:**