**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | Criminal No. 1:25-cr-257 |
| JAMES LAEL JENSEN | § | |

**DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT**

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that he/she has been charged via indictment and has received a copy thereof, HEREBY pleads not guilty to the charges contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for November 6, 2025.

Respectfully submitted, this 31st day of October, 2025.

JAMES LAEL JENSEN
Printed Name of Defendant

Signature of Defendant

JASON DAVIS
Printed Name of Attorney

Signature Attorney for Defendant

**ORDER**

Based on the affirmations contained in Defendant's Written Waiver of Arraignment above, the Court HEREBY

Accepts Defendant's waiver, excuses his/her attendance at the arraignment scheduled in this case and ORDERS that this case be removed from the list of arraignments scheduled for November 6, 2025.

DONE at Brownsville, Texas this _______day of ____________________, 2025.

Karen F. Betancourt
United States Magistrate Judge

**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under **Waivers**, using event **Waiver of Presence at Arraignment**, no later than ***24 hours*** prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.