United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:25-CR-00257-002 |
| | § | |
| MAXWELL STERLING JENSEN, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court are Defendant Maxwell Sterling Jensen's "Unopposed Emergency Motion to Permit Extended Attorney-Client Telephonic Communications and to Address Facility-Imposed Barriers to Attorney Access" (Dkt. No. 176) and "Emergency Motion to Permit Extended Attorney-Client Telephonic Communications and to Address Facility-Imposed Barriers to Attorney Access" (Dkt. No. 180) (jointly "Motions").

To ensure sound provision of attorney-client phone calls, the Court **ORDERS** the Government to transfer Defendant Maxwell Sterling Jensen to Otero County Prison Facility as soon as practicable. The Motions (Dkt. Nos. 176 & 180) are **DENIED** as moot.

Signed on January 27, 2026.

Rolando Olvera
United States District Judge