United States District Court
Southern District of Texas
**ENTERED**
February 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:25-CR-00257-1 & 2 |
| | § | |
| JAMES LAEL JENSEN, *et al.*, | § | |
| Defendants. | § | |

## <u>SCHEDULING ORDER</u>

On February 6, 2026, the Court granted Defendant's Unopposed Motion to continue all deadlines (Docket No. 192) and hereby sets the following schedule as to Defendants 1 and 2:

| | | | |
|---|---|---|---|
| 1. | Discovery must be completed: | | <u>May 8, 2026</u> |
| 2. | Motions (including Motion in Limine):<br>(All motions are ruled by submission) | 30 days after 1 | <u>June 2, 2026</u> |
| 3. | Responses to Motions: | 21 days after 2 | <u>June 17, 2026</u> |
| 4. | Replies to Responses: | 10 days after 3 | <u>June 29, 2026</u> |
| 5. | Final Pretrial Conference at **3:00 p.m.**: | | **<u>August 5, 2026</u>** |
| 6. | Exhibit List and Expert/Witness List to be exchanged:<br>**All exhibits, except unanticipated rebuttal exhibits, must be exchanged between counsel no later than 5:00 P.M on the date of Final Pretrial Conference.* | | <u>August 5, 2026</u> |
| 7. | Objections to Exhibits or Witnesses deadline: | 15 days after 6 | <u>August 20, 2026</u> |
| 8. | Response to Objections: | 15 days after 7 | <u>September 4, 2026</u> |
| 9. | Jury Selection at **10:30 a.m.**: | | **<u>October 19, 2026</u>** |

**If Discovery, Exhibits or Motions are **<u>opposed</u>**, objections/responses must **comply with the Local Rules for the Southern District of Texas, in particular SDTX CrLR 12.2 and 12.3.***

Direct your questions about this schedule to Johanna Cardenas, Case Manager, United States District Clerk, 600 East Harrison Street, Brownsville, Texas 78520, telephone (956) 982-9685.

Signed on February 9, 2026.

Rolando Olvera
United States District Judge