UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

v.

**JAMES LAEL JENSEN, et al.**                                  Criminal Case No. 1:25-cr-00257

**JOINT STIPULATION RE MORTGAGE LIEN OF MC MARINE LLC**

The United States of America (the "Government"), by and through the United States Attorney for the Southern District of Texas, and MC Marine LLC, by and through its undersigned counsel (collectively, the "Parties"), hereby jointly stipulate and agree as follows:

1. **Subject of Stipulation.**
   This Joint Stipulation concerns the order to pay the full amount of the mortgage lien held by MC Marine LLC (*See Attached hereto as Exhibit A)* against the subject property identified as AT 2001 and AT 3001 to be sold pursuant to the Court's Order Granting the Government's Motion for Interlocutory Sale (Dkt 148).

2. **Agreed Lien Amount.**
   The Parties stipulate and agree that the total amount of the Mortgage Lien owed to MC Marine LLC as of the date of this stipulation is **$2,918,945.36**.

3. **Interest Included.**
   The stipulated Mortgage Lien amount is **inclusive of accrued interest calculated at the rate of 9.50% APR and $731 per day** through the applicable calculation date reflected in the total lien as of the date of filing this Joint Stipulation.

4. **Request for Recognition.**
   The Parties respectfully request that the Court recognize the stipulated Mortgage Lien amount of **$2,918,945.36** for purposes of administering, accounting for, and distributing the proceeds of the interlocutory sale, and specifically request that it clarify the previously entered Court Order directing payment of the lien in full in the amount of at least $2,918,945.36. The said Order is directive despite any potential deficiencies.

5. **No Waiver of Rights.**
   Except as expressly set forth herein, this Joint Stipulation is entered into solely for the purpose of establishing the agreed-upon amount of the Mortgage Lien. Nothing in this Stipulation shall be deemed to waive, limit, or prejudice any rights, claims, defenses, or arguments of any party with respect to priority, distribution, or entitlement to proceeds, all of which are expressly reserved.

PD.60837192.1

Respectfully submitted,

**NICOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

*Mary Ellen Smyth*
By: Mary Ellen Smyth
Assistant United States Attorney
Southern District of Texas

**FOR MC MARINE LLC:**

_____
Candace Gregory
Counsel for MC Marine LLC

PD.60837192.1