United States District Court
Southern District of Texas
**ENTERED**
March 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>"Government," | §<br>§<br>§ | |
| v. | § | Criminal No. 1:25-cr-00257 |
| JAMES LAEL JENSEN, et al.,<br>"Defendants." | §<br>§<br>§ | |

# ORDER

Before the Court are two motions submitted by the Government (Dkt. Nos. 197 and 198). To expedite the Court's review, the Defendants are **ORDERED** to submit their response to these motions **by March 25, 2026 at 5 p.m. CST**.

Signed on March 11, 2026.

Rolando Olvera
United States District Judge