United States District Court
Southern District of Texas
**ENTERED**
April 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>"Government," | §<br>§<br>§ | |
| v. | § | Criminal No. 1:25-cr-00257 |
| JAMES LAEL JENSEN, et al.,<br>"Defendants." | §<br>§<br>§<br>§ | |

## ORDER

Before the Court is Defendants' "Emergency Motion to Allow Defense Counsel, Inter Alia, to Bring Electronic Equipment into the FBI Office." ("Emergency Motion") (Dkt. No. 202).

The Court has been informed by the parties that the review of discovery, originally scheduled to take place at the FBI Office located in McAllen, Texas, will instead occur at United States Attorney Office located in McAllen, Texas, where Defendants will be permitted to bring certain electronic equipment. Accordingly, the Emergency Motion (Dkt. No. 202) is largely **DENIED** as moot. Additionally, Defendants' request for the presence of Kelly Jensen, a former Defendant and potential witness, during the review of discovery is also **DENIED**.

SIGNED this April 13, 2026

Rolando Olvera
United States District Judge