United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>"Government," | § | |
| v. | § | Criminal No. 1:25-cr-00257-1 and 2 |
| JAMES LAEL JENSEN, et al.,<br>"Defendants." | § | |

**ORDER**

Before the Court is the "Government's Sealed Motion to Request a Conflict of Interest Inquiry" ("Motion for Conflict Inquiry") (Dkt. No. 197) and "Government's Sealed Motion to Revoke or Modify the Conditions of Bond for Defendant James Lael Jensen" ("Motion to Revoke") (Dkt. No. 198).

On May 7, 2026, the Court held a telephone conference with the Government and counsel for co-defendants Maxwell Jensen and James Jensen. During the telephone conference, the parties agreed that co-defendants Maxwell Jensen and James Jensen will sign a waiver to the potential conflict alleged in the Government's Motion for Conflict Inquiry. Accordingly, the Motion for Conflict Inquiry (Dkt. No. 197) is **DENIED** as moot.

Additionally, the Court has scheduled a hearing for **June 24, 2026 at 3:00 P.M./CST** to address the Government's Motion to Revoke (Dkt. No. 198).

SIGNED this May 7, 2026

Rolando Olvera
United States District Judge