United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>“Government,”<br><br>v.<br><br>JAMES LAEL JENSEN, et al.,<br>“Defendants.” | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Criminal No. 1:25-cr-00257 |

**ORDER**

Before the Court are “Non-Party Exco NB, LLC’s Motion to Quash or, in the Alternative, Modify Subpoena” (Dkt. No. 211), “Luxemborg Trading LLC’s Motion to Quash Subpoena” (Dkt. No. 216), and “Non-Party Luxemborg Trading LLC’s Response to Motion to Compel” (“Response”) (Dkt. No. 217). To expedite the Court’s review, the Government is **ORDERED** to submit its response to these motions (Dkt. Nos. 211, 216) and file a reply to the Response (Dkt. No. 217) by **June 15, 2026 at 5 p.m. CST**.

SIGNED this June 3, 2026

Rolando Olvera
United States District Judge