United States District Court
Southern District of Texas
**ENTERED**
June 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>“Government,” | §<br>§<br>§ | |
| v. | § | Criminal No. 1:25-cr-00257 |
| JAMES LAEL JENSEN, et al.,<br>“Defendants.” | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court are the “Government’s Unopposed Motion to Extend Scheduling Order Deadlines” (“Motion to Extend”) (Dkt. No. 220).

The Court has considered the Government's Motion to Extend (Dkt. No. 220). The Court is of the opinion that the motion should be, and is hereby, **GRANTED**. The Court **ORDERS** that the deadline for Discovery and all subsequent deadlines are extended by an additional 60 days.

SIGNED this June 4, 2026

Rolando Olvera
United States District Judge