**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 1:25-CR-0257 |
| | § | |
| JAMES LAEL JENSEN | § | |

# ADVISORY REGARDING MOTION TO REVOKE OR MODIFY DEFENDANT'S BOND

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter referred to as "the Government," by and through its Acting United States Attorney and Assistant United States Attorney assigned to this matter file this Advisory Regarding Motion to Revoke/Modify Defendant's Bond:

I.

On May 7, 2026, the Court continued the pending motion for hearing on June 24, 2026. The Government no longer requests a hearing on the motion.

Respectfully submitted,

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

*/s/James Sturgis*
James Sturgis
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

On June 8, 2026, I, James Sturgis, consulted with Jason Davis, attorney for the defendant, and he advised that he is in agreement with the advisory.

*/s/James Sturgis*
James Sturgis
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this the 9th day of June 2026, a true and correct copy of the foregoing Motion was mailed, hand delivered, or e-mailed via ECF to attorney for the defendant.

*/s/James Sturgis*
James Sturgis
Assistant United States Attorney