United States District Court
Southern District of Texas
**ENTERED**
June 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>“Government,” | §<br>§<br>§ | |
| v. | § | Criminal No. 1:25-cr-00257 |
| JAMES LAEL JENSEN, et al.,<br>“Defendants.” | §<br>§<br>§ | |

## ORDER

Before the Court is the “Government’s Sealed Motion to Revoke or Modify the Conditions of Bond for Defendant James Lael Jensen” (“Motion to Revoke”) (Dkt. No. 198).

On May 7, 2026, the Court set a hearing for June 24, 2026 at 3:00 P.M./CST to address the Government’s Motion to Revoke. Dkt. No. 209. The Government has since advised the Court that it no longer requests a hearing on the Motion to Revoke. Dkt. No. 225. Accordingly, the June 24, 2026 hearing is terminated, and the Government’s Motion to Revoke is **DENIED** as moot.

SIGNED this June 12, 2026

Rolando Olvera
United States District Judge