**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:25-cr-257** |
| | § | |
| **JAMES LAEL JENSEN** | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max"** | § | |

**DEFENDANTS' REPLY REGARDING MOTION TO COMPEL LUXEMBORG TRADING, LLC'S COMPLIANCE WITH RULE 17(C) SUBPOENA**

TO THE HONORABLE COURT:

Defendants James Lael Jensen and Maxwell Sterling Jensen (jointly, "**Defendants**") file this Reply Regarding Motion to Compel Luxemborg Trading, LLC's ("**Luxemborg**") Compliance with Rule 17(c) Subpoena (ECF No. 212, the "**Motion to Compel**"), and would respectfully show:

On March 27, 2026, Defendants served on Luxemborg a subpoena under Federal Rule of Criminal Procedure 17, seeking communications with and about Defendants, business records relating to products sold to Defendants, and limited documents regarding Luxemborg's business in and around South Texas. *See* ECF No. 212, Ex. A. After Luxemborg did not respond to the subpoena or file a motion to quash, on May 11, 2026, Defendants filed the Motion to Compel, seeking a court order compelling the production of documents sought by the subpoena. *See* ECF No. 212. On May 27, 2026, Luxemborg filed both a Response to the Motion to Compel (ECF No. 217, the "**Response**") and a Motion to Quash (ECF No. 216, the "**Motion to Quash**").

The Response primarily attempts to explain Luxemborg's failure to respond to the subpoena or file a timely motion to quash, along with argument regarding waiver of objections. *See* ECF No. 217. The Response briefly summarizes the bases for its objections to the subpoena, which are discussed in more detail in the Motion to Quash. *See id.*; ECF No. 216.

Defendants note that failure to respond to a subpoena or promptly file a motion to quash may require denial of a later-filed motion to quash, particularly if the failure to respond is intentional or the delay is significant. *See, e.g.*, *United States v. Smith*, 21 CR 703-2, 2022 WL 4608259, at *3-4 (N.D. Ill. Sept. 30, 2022) (denying motion to quash as untimely); *United States v. Debolt*, Criminal Action No. 5:09CR24, 2010 WL 4281699, at *4 (N.D. W. Va. Oct. 19, 2010) (same). But, given the current trial calendar, the time in which Luxemborg filed the Motion to Quash, and the reasons provided in the Response for the delay, Defendants do not object to consideration of the merits of Luxemborg's Response and the Motion to Quash.

As detailed in Defendants' Response to the Motion to Quash, filed concurrently and incorporated in full herein, Luxemborg's objections to the subpoena are entirely baseless. First, Luxemborg's proposed interpretation of Rule 17(h)—that parties may not obtain witness statements through Rule 17 subpoenas—is inconsistent with the history and purpose of Rule 17 and the conclusion of most courts that have considered the question. Second, Luxemborg's argument that the subpoena is overbroad or burdensome misreads the plain text of the subpoena, ignores the obvious relevance and admissibility of the requested documents, and provides no basis to conclude that compliance would be burdensome.

Thus, for the reasons stated herein, in the Motion to Compel, and in the Response to the Motion to Quash, Defendants respectfully request the Court grant the Motion to Compel and deny the Motion to Quash.

DATED: June 16, 2026.

Respectfully submitted,

By: */s/ H. Jay Hulings*
Jason M. Davis
**Attorney-in-Charge**
State Bar No. 00793592
Southern District ID No. 20114
E-mail: jdavis@dslawpc.com
H. Jay Hulings
State Bar No. 2404573
Southern District ID No. 3472684
E-mail: jhulings@dslawpc.com
**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Attorneys For Defendant James Lael Jensen***

And

By: */s/ Benigno (Trey) Martinez (with permission)*
Benigno (Trey) Martinez
**Attorney-in-Charge**
State Bar No. 00797011
Federal ID No. 23945
E-mail: trey@mbmtlawfirm.com
**MARTINEZ / TIJERINA, PLLC**
1201 E. Van Buren
Brownsville, Texas 78520
Tel: 956-550-4868
Fax: 956-621-0135

Robert Guerra
Federal ID No. 570991
State Bar No. 24036694
rguerra@rguerralaw.com
**LAW OFFICE OF ROBERT GUERRA, PLLC**
1201 E. Van Buren St.
Brownsville, Texas 78520
Ph. (956) 254-0694

***Attorneys for Defendant Maxwell Sterling Jensen***

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of June 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ H. Jay Hulings*
H. Jay Hulings