United States District Court
Southern District of Texas
**ENTERED**
July 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>"Government," | §<br>§<br>§ | |
| v. | § | Criminal No. 1:25-cr-00257 |
| JAMES LAEL JENSEN, et al.,<br>"Defendants." | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is Defendant, J Maxwell Sterling Jensen's, "Motion to Seal the Motion for Pre-Plea Presentence Investigation Report." (Dkt. No. 236). Having considered the motion, the Court finds that good cause exists for the relief requested. Accordingly, it is hereby **ORDERED** that the Motion for Pre-Plea Presentence Investigation Report and Order in this cause be sealed.

SIGNED this July 21, 2026

Rolando Olvera
United States District Judge