United States District Court
Southern District of Texas
**ENTERED**
July 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, "Government," | § § § | |
| v. | § | Criminal No. 1:25-cr-00257 |
| JAMES LAEL JENSEN, et al., "Defendants." | § § § § | |

**ORDER**

Before the Court is the Government's "Sealed Event" (Dkt. No. 237). The Defendants are **ORDERED** to submit their response to the Sealed Event (Dkt. No. 237) by **August 7, 2026 at 5:00 p.m. CST.**

SIGNED this July 21, 2026

Rolando Olvera
United States District Judge