United States District Court
Southern District of Texas
**ENTERED**
July 29, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **Criminal Action No. 1:25-CR-0257** |
| | § | |
| **MAXWELL STERLING JENSEN** | § | |

## ORDER

ON THIS the 29th day of July, 2026, came on to be considered Defendant, Maxwell Sterling Jensen's Unopposed Motion for Pre-Plea Presentence Investigation Report. Upon reviewing the pleadings on file, the applicable case law and arguments of counsel and the signed and written consent of the Defendant to proceed accordingly, it is this Court's Opinion that the granting of the relief requested would facilitate plea negotiations between the parties, given the complexity of the matters brought forth in this criminal action. It is the opinion of the court that said Motion should be, and is hereby GRANTED. IT IS THEREFORE,

ORDERED, ADJUDGED AND DECREED, that pursuant to Federal Rule of Criminal Procedure 32, the United States Probation Office for the Southern District of Texas is hereby directed to conduct an advisory pre-plea Presentence Investigation Report limited to counts 2, 4, and 10, with the understanding this is not an admission by Defendant Maxwell Jensen, but only to be used for determining potential sentencing guidelines range. Moreover, there doesn't need to be any financial analysis or evaluation. Said report can be limited to as few pages as is needed by the Probation Office in order to get to an advisory status with sufficient facts necessary as provided by the parties to achieve such. The advisory report is to be completed as soon as possible. The report will cover the following topics only:

a. Preliminary guideline calculations for counts 2, 4, and 10 charged against Maxwell Sterling Jensen, including grouping, base offense levels, applicable specific offense characteristics, relevant conduct, and acceptance-of-responsibility contingencies as appropriate;

b. Criminal history category determination, including verification of prior convictions and status points, if any;

c. Collateral considerations pertinent to plea decision-making, including any statutory bars, mandatory minimums, supervised release ranges, and any known immigration or other collateral consequence flags.

It is further ORDERED, ADJUDGED AND DECREED, that the report will be sealed, and forwarded to the Government and Defense counsel for Defendant, Maxwell Sterling Jensen only. The Court hereby orders and directs the United States Probation Office that it not provide a copy of its pre-plea Presentence Investigation Report to the Court at this time, and can only do so in the event that Defendant enters a plea of guilty in this matter in open court, or if a finding of guilty is ultimately returned by a jury at trial. Any prior orders regarding the pre plea presentence investigation report are rescinded and all other relief not expressly stated herein is denied.

UNITED STATES DISTRIC JUDGE