**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:25-cr-257-1** |
| | § | |
| **JAMES LAEL JENSEN** | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max"** | § | |

**DEFENDANT JAMES LAEL JENSEN'S UNOPPOSED MOTION TO TRAVEL**

TO THE HONORABLE COURT:

Defendant James Lael Jensen ("**James Jensen**") files this Unopposed Motion to Travel and in support would respectfully show:

1. James Jensen respectfully requests that he be allowed to travel to Las Cruces, New Mexico, August 17 through 30, 2026, for the purpose of attending joint defense meetings with all defense counsel and Co-Defendant Maxwell Sterling Jensen ("**Max Jensen**") and attending Max Jensen's trial in a separate matter at the federal courthouse in Las Cruces. The trial is scheduled to begin on August 19, 2026 and continue for approximately two weeks.

2. James Jensen has been on bond since the inception of this case. James Jensen's conditions of release currently limit his travel to Utah, Wyoming (for limited purposes), and the Western and Southern Districts of Texas.

3. James Jensen is currently under supervision by the United States Pre-Trial Services Office in Utah via the Smart Link technology, which will operate with the same force and effect while James Jensen is in New Mexico.

4. On March 12, 2026, this Court issued an Order enforcing the original Court Order on Joint Defense Visits. *See* ECF No. 200. After conferring with the AUSA James Sturgis, both the Government and Defense believe that the Order contemplates and authorizes travel to New

Mexico for joint defense meetings, but out of an abundance of caution, Mr. Jensen files this Motion.

## CERTIFICATE OF CONFERENCE

5. On August 14, 2026, the undersigned counsel conferred with AUSA James Sturgis, and the Government does not oppose the relief sought in this Motion.

## PRAYER

For the reasons stated herein, James Jensen respectfully requests that the Court grant this Unopposed Motion to Travel and permit him to travel to Las Cruces, New Mexico to attend joint defense meetings with defense counsel and Co-Defendant Max Jensen and attend the trial of Max Jensen from August 17 through 30, 2026.

DATED: August 16, 2026.

Respectfully submitted,

By: */s/ Jason M. Davis*

Jason M. Davis
**Attorney-in-Charge**
State Bar No. 00793592
Southern District ID No. 20114
E-mail: jdavis@dslawpc.com
H. Jay Hulings
State Bar No. 24104573
Southern District ID No. 3472684
E-mail: jhulings@dslawpc.com
**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Attorney for Defendant James Lael Jensen***

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of August 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Jason M. Davis*
Jason M. Davis