United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:25-cr-257-1** |
| | § | |
| **JAMES LAEL JENSEN** | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max"** | § | |

**ORDER GRANTING DEFENDANT JAMES LAEL JENSEN'S UNOPPOSED MOTION TO TRAVEL**

Before the Court is the Unopposed Motion to Travel (the "**Motion**") filed by Defendant James Lael Jensen ("**James Jensen**"). Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that this Motion should and therefore is **GRANTED**.

**IT IS THEREFORE ORDERED** that James Jensen is permitted to travel to Las Cruces, New Mexico for joint defense meetings with defense counsel and Co-Defendant Maxwell Sterling Jensen ("**Max Jensen**") and the trial of Maxwell Sterling Jensen on August 17 through 30, 2026. James Jensen shall report the dates of his travel and return to the U.S. Pre-Trial Services Officer supervising Mr. Jensen.

Signed on August 17, 2026.

ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE