United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, "Government," | § | |
| v. | § | Criminal No. 1:25-cr-00257 |
| JAMES LAEL JENSEN, et al., "Defendants." | § | |

**ORDER**

Before the Court is the Agreed Motion to Modify Bond Conditions (the "**Motion**")filed by Defendant James Lael Jensen ("**Mr. Jensen**"). Based on the Motion, the entire record in this case, and for good cause having been shown, the Court finds that this Motion should and therefore is **GRANTED**.

**IT IS THEREFORE ORDERED** that the bond conditions are modified as follows:

- Mr. Jensen is allowed to travel anywhere in the continental United States for family visits, work related trips, or trips for legal matters, without prior permission, provided that prior notice of such travel is provided to the Pretrial Services Office.

**IT IS FURTHER ORDERED** that all other bond conditions shall remain in place.

SIGNED this August 31, 2026

Rolando Olvera
United States District Judge