United States District Court
Southern District of Texas
**ENTERED**
September 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>"Government," | §<br>§<br>§ | |
| v. | § | Criminal No. 1:25-cr-00257 |
| JAMES LAEL JENSEN, et al.,<br>"Defendants." | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is the Agreed Motion to Extend Deadline to Respond to Defendants' Motion to Dismiss Counts and Other Scheduling Dates ("Motion") (Dkt. No. 246).

The Court ordered the Government to respond to Defendants' Motion to Dismiss Counts by September 4, 2026. Dkt. No. 232. The Government and Defendants now request that the Court extend the response deadline to November 6, 2026. Dkt. No. 246. Thus, the Court is of the opinion that the Government and Defendants' request for the Court to extend the response deadline to November 6, 2026 should be granted. Thus, the Motion is **GRANTED** in part. The Court **ORDERS** that the deadline for the Government to respond to Defendants' Motion to Dismiss Counts is extended to November 6, 2026.

Additionally, the Government and Defendants also request that all other scheduled deadlines and dates be terminated. *Id.* But, the Court has already ordered that all other scheduled deadlines and dates be terminated. Dkt. No. 232. Thus, the Court **DENIES** the Government and Defendants request to terminate all other scheduled deadlines and dates as moot. In this respect, the Motion is **DENIED** in part.

SIGNED this September 2, 2026

Rolando Olvera
United States District Judge