United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-cr-257** |
| | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max" and JAMES JENSEN** | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

The Court is of the opinion that Defendants agreed request for the Court to extend the response deadline of November 6, 2026, should be granted. Thus, the Motion is **GRANTED**. The Court **ORDERS** that the deadline for the Government to respond to Defendants' Motions to Dismiss is extended to December 8, 2026.

SIGNED this the 16 day of October 2026.

ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE